Mark E. Ellis - 127159
June D. Coleman - 191890
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:    (916) 565-0300
Facsimile:    (916) 565-1636

Kenneth B. Shepard - 62753
SHEPARD & HAVEN, LLP
3600 American River Drive, Suite 100
Sacramento, CA 95865
Telephone:    (916) 487-7900
Facsimile:    (916) 487-9291

Attorneys for Plaintiff ERNA GOEHRING GIESBRECHT, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERNA GIESBRECHT, formerly known as Erna R. Goehring, individually and on behalf of the General Public,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA; HOMESIDE LENDING, INC., aka HOMESIDE LENDING; WASHINGTON MUTUAL HOME LOANS; ARM FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION; and Does 1 to 50,<br><br>    Defendants. | Case No.: 2:05-CV-193 DFL - KJM<br><br>**STIPULATION AND [PROPOSED]** ORDER EXTENDING DEADLINE TO FILE CLASS CERTIFICATION MOTION |

Plaintiff ERNA GIESBRECHT and Defendants WASHINGTON MUTUAL BANK, FA; HOMESIDE LENDING, INC., aka HOMESIDE LENDING; WASHINGTON MUTUAL HOME LOANS; ARM FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, through their respective counsel of record in this matter, and pursuant to **Civ. L.R. 6-142, 78-**

**230(g)**, and **83-141** hereby stipulate to and request that the Court issue an order extending the Court's July 8, 2005 deadline for plaintiff to file a motion for class certification to August 31, 2005.

Good cause exists for this request. **First**, plaintiff's counsel, Ms. June Coleman is getting married in July 2005 and has prepaid honeymoon travel plans out of the country that will limit plaintiff's ability to prosecute a motion for class certification under the Court's earlier July 8, 2005 deadline.

**Second**, as noted in both Joint Status Reports filed with the Court, all parties had previously agreed to extend the deadline to file motions for class certification against each of the defendants until August 8, 2005. All parties have also stipulated to extending the deadline to file motion s for class certification up to August 31, 2005.

**Third**, Ms. Giesbrecht is in settlement negotiations with several defendants that may resolve the claims asserted against these defendants. The requested extension may conserve judicial resources in that it may negate the need for the motion for class certification against these defendants.

**Finally**, several of the defendants have also requested extensions to respond to discovery. However, plaintiff needs the discovery responses to support the motion for class certification. To accommodate these requests, plaintiff needs an extension of the deadline to file a motion for class certification.

In light of the foregoing, good cause exists to extend the deadline to file a motion for class certification against all defendants. Pursuant to this stipulation, the aforementioned parties respectfully and jointly request that the Court issue an order extending the July 8, 2005 deadline to file a motion for class certification against each defendant to August 31, 2005.

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: June 30, 2005     By _____
June D. Coleman
Attorneys for Plaintiff ERNA GOEHRING
GIESBRECHT, INDIVIDUALLY AND ON
BEHALF OF THOSE SIMILARLY SITUATED

ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM

Dated: _____   By _____
Angela Gatheru
Attorneys for Defendant ARM FINANCIAL

STEYER, LOWENTHAL, BOODROOKAS & WALTER

Dated: _____   By _____
Edward Egan Smith
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES

Dated: _____   By _____
Donald Bradley
Attorneys for Defendant
TRANS UNION LLC

Dated: _____   By _____
Walter Traver
Attorneys for Defendant
WASHINGTON MUTUAL BANK, FA; HOMESIDE LENDING, INC., aka HOMESIDE LENDING; amd WASHINGTON MUTUAL HOME LOANS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/7/2005

_____
DAVID F. LEVI
United States District Judge

JDC.10273671.doc

# CERTIFICATE OF SERVICE

I, Felicia D. Wilson, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 701 University Avenue, Suite 150, Sacramento, CA 95825.

On June 30, 2005, I served the following document(s) on the parties in the within action:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE CLASS CERTIFICATION MOTION**

| | |
|---|---|
| **XXX** | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following:: |

| | |
|---|---|
| Walter J. R. Traver<br>Musick, Peeler & Garrett, LLP<br>120 Montgomery Street, Suite 2550<br>San Francisco, CA  94104 | Attorney For Defendant<br>WASHINGTON MUTUAL  BANK, F.A., SUCCESSOR IN INTEREST TO HOMESIDE LENDING AND WA. MUTUAL HOME LOANS |
| Stephen J. Newman<br>Strook & Strook & Lavan LLP<br>2029 Century Park East<br>Los Angeles, CA  90067 – 3086 | Attorney For Defendant<br>TRANSUNION LLC |
| Donald E. Bradley<br>Crowell & Moring, LLP<br>3 Park Plaza<br>20th Floor<br>Irvine, CA  92614 | Attorney For Defendant<br>TRANSUNION LLC |
| Mark Tratten<br>Ericksen, Arbuthnot, Kilduff, Day & Lindstrom<br>100 Howe Avenue, Suite 110 South<br>Sacramento, CA  95825 | Attorney For Defendant<br>EQUIFAX INFORMATION SERVICES, LLC |
| Edward Egan Smith<br>Steyer, Lowenthal, Boodrookas & Walter<br>One California St<br>Suite 2200<br>San Francisco, CA  94111 | Attorney For Defendant<br>ARM FINANCIAL, INC. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 30, 2005.

By _____
Felicia D. Wilson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation And [Proposed] Order Extending Deadline To File Class Certification Motion