IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNA GIESBRECHT, formerly known as Erna R. Goehring, individually and on behalf of the General Public,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK, FA; HOMESIDE LENDING, INC., aka HOMESIDE LENDING; WASHINGTON MUTUAL HOME LOANS; ARM FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION; and DOES 1-50,<br><br>    Defendants. | CIV-S-05-0193 DFL KJM<br><br>ORDER |

    Plaintiff Erna Giesbrecht's seeks to extend the class certification deadline.  Th court previously approved a two month extension of the deadline.  Now plaintiff seeks a further four month extension.  The court cannot modify the scheduling order unless Giesbrecht shows good cause to do so.  Fed.R.Civ.P. 16(b).  Giesbrecht has not made a showing as to why an additional four month extension is justified.

1

1    Giesbrecht's ex parte Application to Extend the Deadline to
2 File a Motion for Class Certification is DENIED.
3    IT IS SO ORDERED.
4 Dated: 9/23/2005

_____
DAVID F. LEVI
United States District Judge