Mark E. Ellis - 127159
Tune D. Coleman .191890
MURPHY, PEARSON, BRADLEY &
FEENEY 701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone; (916) 565-0300
Facsimile:     (916) 5654636

Attorneys for Plaintiff
ERNA GOEHRING GIESBRECHT, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERNA GIESBRECHT, formerly known as Erna R. Goehring, Individually and on behalf of the General Public<br><br>    Plaintiff,<br> v.<br><br>WASHINGTON MUTUAL BANK, FA; HOMESIDE LENDING INC., aka HOMESIDE LENDING; WASHINGTON MUTUAL HOME LOANS; ARM FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION; and Does 1 to 50, | Case NO.: 2:05-CV-193 DFL - K.M<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Erna Goehring GIESBRECHT ("Plaintiff") on the one hand, and Defendant ARM Financial, Inc. [corporation] ("Defendant"), on the other hand, through their respective counsel of record, that the parties have reached settlement in this action and that the action against Defendant shall be dismissed with prejudice. each party to bear its own costs and attorneys' fees. The putative class claims shall be dismissed without prejudice.

IT IS SO STIPULATED,

DATED: ~~October~~ Dec. 13, 2005

By: /s/ Edward Egan

**Edward Egan**

**Attorneys for Defendant ARM Financial, [Corporation]
STEYER, LOWENTHAL, BOODROOKAS
[ALVAREZ & SMITH LLP]**

DATED: October ___, 2005

June D.

Y'

**Attorneys for Plaintiff Erna Goehring Giesbrecht**

**MURPHY, PEARSON, BRADLEY & FEENEY**

IT IS SO ORDERED.

DATED: 12/19/2005

/s/ David F. Levi
Hon. David F. Levi
U.S., District Court Judge

**Stipulation And [Proposed] Order Of Dismissal With Prejudice**