**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ERNA GIESBRECHT, formerly known as Erna R. Goehring, Individually and on behalf of the General Public,<br><br>    Plaintiff,<br><br>    vs.<br><br>WASHINGTON MUTUAL BANK, FA; HOMESIDE LENDING, INC., aka HOMESIDE LENDING; WASHINGTON MUTUAL HOME LOANS; ARM FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION; and Does 1-50,<br><br>    Defendants. | Case No. 2:05-cv-00193 DFL-KJM<br><br>[Assigned to The Honorable David F. Levi]<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL AND ORDER** |

Defendant TRANS UNION LLC hereby substitutes MUSICK, PEELER & GARRETT LLP, who is retained counsel with offices located at 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626, as counsel of record in the place and stead of CROWELL & MORING LLP.

DATED: March 2, 2006          TRANS UNION LLC


                              By: /s/ Diane Terry
                                  Diane A. Terry

1  I consent to the above substitution.
2  DATED: March 6, 2006        CROWELL & MORING LLP
3
4                              By: /s/ Randall Erickson
                                   Randall L. Erickson
5
6  I am duly admitted to practice in this District and accept the above
7  substitution.
8  DATED: March 6, 2006        MUSICK, PEELER & GARRETT LLP
9
10                             By: /s/ Donald Bradley
                                   Donald E. Bradley
11                                 Attorneys for TRANS UNION LLC
12 IT IS SO ORDERED.
13 DATED: April _12, 2006
14
15                             /s/ David F. Levi
                               Hon. David F. Levi
16                             U.S., District Court Judge

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

474508.1                              2
STIPULATION FOR SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER                                2:05-CV-00193-DFL-KJM

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On April 12, 2006, I served the foregoing document(s) described as **STIPULATION FOR SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

Executed on April 12, 2006, at Costa Mesa, California.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Karen Reisner
Karen S. Reisner

# SERVICE LIST

| | |
|---|---|
| Mark E. Ellis<br>Murphy Pearson Bradley & Feeney<br>701 University Ave., Ste. 150<br>Sacramento, CA 95825 | Mark S. Tratten<br>Ericksen Arbuthnot Kilduff Day &<br>Lindstrom<br>100 Howe Ave., Ste. 110S<br>Sacramento, CA 95825 |
| Barry D. Hovis<br>Musick Peeler & Garrett LLP<br>120 Montgomery St., Ste. 2550<br>San Francisco, CA 94104 | Steven J. Newman<br>Stroock & Stroock & Lavan<br>2029 Century Park East<br>Los Angeles, CA 90067 |
| Barbara A. Potaschnick<br>Office of the General Counsel<br>Mail Stop N110701<br>9200 Oakdale Ave., 7th Flr.<br>Chatsworth, CA 91311 | Mark Daniel Hudak<br>Carr McClelland<br>216 Park Rd.<br>Burlingame, CA 94010 |