1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Plaintiff ERNA GIESBRECHT
6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERNA GIESBRECHT, formerly known as Erna R. Goehring, individually and on behalf of the General Public,<br><br>          Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA; HOMESIDE LENDING, INC., aka HOMESIDE LENDING; WASHINGTON MUTUAL HOME LOANS; TRANS UNION and Does 1 through 50,<br><br>          Defendants. | Case No.:  05-CV-00193 RRB KJM<br><br>**STIPULATION AND REQUEST FOR DISMISSAL AND ORDER DISMISSING CASE** |

   IT IS HEREBY STIPULATED by and between plaintiff Erna Giesbrecht and defendants Washington Mutual Bank, F.A.; Homeside Lending, Inc. aka Homeside Lending; and Washington Mutual Home Loans; that this matter be dismissed as to Erna Giesbrecht only, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs, as set forth in the settlement.  It is also hereby stipulated that the class allegations are dismissed without prejudice.

Dated: January 18, 2008                    ELLIS, COLEMAN, POIRIER, LaVOIE
                                              & STEINHEIMER, LLP

                                           By /s June D. Coleman_____
                                              June D. Coleman
                                              Attorneys for Defendant
                                              ERNA GIESBRECHT

- 1 -

STIPULATION AND REQUEST FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING CASE

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 18, 2008                             MUSICK, PEELER & GARRETT LLP

By:   /s/ Barry D. Hovis
     Barry D. Hovis
     Attorneys for Defendants
     WASHINGTON MUTUAL BANK, F.A.;
     HOMESIDE LENDING, INC. aka HOMESIDE
     LENDING; WASHINGTON MUTUAL HOME
     LOANS

Pursuant to the Stipulation of the parties, the Court orders that the defendants Washington Mutual Bank, F.A.; Homeside Lending, Inc. aka Homeside Lending; and Washington Mutual Home Loans, , be, and hereby are, dismissed, with prejudice, from the above-captioned action as to the allegations raised by Erna Giesbrecht, individually.  The class allegations are dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees in the action.

IT IS SO ORDERED.

Date: January 18, 2008

/s/ Ralph R. Beistline
Honorable Ralph R. Beistline

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On January 18, 2008, I served the following document(s) on the parties in the within action:

**STIPULATION AND REQUEST FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING CASE**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Barry D Hovis<br>Musick Peeler and Garrett<br>120 Montgomery Street<br>Suite 2550<br>San Francisco, CA 94104-4303 | Attorneys for Defendants<br>Washington Mutual Bank, F.A.; Homeside Lending, Inc. aka Homeside Lending; Washington Mutual Home Loans |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on January 18, 2008.

By ._____
     Jennifer E. Mueller

PDF created with pdfFactory trial version www.pdffactory.com